FILED
8/5/22 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Case No. 22-21412-GLT |
| | ) |
| Kathleen T. Meinert | ) Chapter 13 |
| | ) |
| **Debtor,** | ) Related to Dkt. No. 12 |
| | ) |
| Kathleen T. Meinert | ) |
| **Movant.** | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) |

## ORDER OF COURT

**AND NOW**, this 5th day of August 2022, on motion of the Debtor, it is hereby **ORDERED** that the Debtor is granted an extension of time of 14 days or until August 19, 2022, to complete her petition and Chapter 13 Plan.

By the Court,

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21412-GLT |
| Kathleen T. Meinert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Mark B. Peduto | on behalf of Debtor Kathleen T. Meinert mpeduto@c-vlaw.com<br>jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 05, 2022 Form ID: pdf900 Total Noticed: 1

Steven K. Eisenberg
                            on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com
                            bkecf@sterneisenberg.com

TOTAL: 6