

## Employee Summary

```
Kathleen Meinert                      The Yankee Candle Company, Inc,      BEG: 06/26/2022
128 Crystal Springs Drive             102 E Exchange St                    END: 07/09/2022
Cranberry Township PA   16066         Freeport, IL 61032                   CHK: 07/15/2022
                                      877-467-4772                         PER: G9 14/2022
                                                                           ID : 90097795
-----------------------------------------------------------   ------------------------------------------
              Rate    Hours    Current      Y-T-D                                Current       Y-T-D
-----------------------------------------------------------   ------------------------------------------
                   E A R N I N G S                                         N E T  P A Y  C A L C
Hourly Pay         12.18   30.08    366.37    6,047.93        Earnings            502.18     7,412.35
Overtime Pay        6.09    6.30     38.37      129.78        Taxes                94.65     1,488.73
Vacation Hourly    12.18    8.00     97.44      292.32        NET PAY             407.53     5,923.62
Sick Pay Hourly                                 292.32        ------------------------------------------
Retail Sales Bonus                              650.00        PAYMENT INFO                     CHK/ACC
-----------------------------------------------------------   CITIZENS BANK       407.53        5217
                   T A X E S                                  ------------------------------------------
W/H    Federal                        33.49     587.53
OASDI  Federal                        31.14     459.57
Medcar Federal                         7.28     107.48
W/H    Pennsylvania                   15.42     227.57
SUI    Pennsylvania                    0.30       4.45
W/H    Cranberry Township              5.02      74.13
TX LST Robinson Township               2.00      28.00
-----------------------------------------------------------
              EX.    Add.WH   Add.DED   Add.INC    Dep.CR
FED  Single                    0.00      0.00       0.00
PA   Single                    0.00      0.00       0.00
```



## Employee Summary

```
Kathleen Meinert                         The Yankee Candle Company, Inc,        BEG: 07/10/2022
128 Crystal Springs Drive                102 E Exchange St                      END: 07/23/2022
Cranberry Township PA   16066            Freeport, IL 61032                     CHK: 07/29/2022
                                         877-467-4772                           PER: G9 15/2022
                                                                                ID : 90097795
-----------------------------------------------------------   ------------------------------------------
              Rate      Hours       Current        Y-T-D                            Current        Y-T-D
-----------------------------------------------------------   ------------------------------------------
                    E A R N I N G S                                     N E T  P A Y  C A L C
Hourly Pay    12.18     36.26        441.65      6,489.58     Earnings            441.65      7,854.00
Overtime Pay                                       129.78     Taxes                 81.45      1,570.18
Vacation Hourly                                    292.32     NET PAY              360.20      6,283.82
Sick Pay Hourly                                    292.32     ------------------------------------------
Retail Sales Bonus                                 650.00     PAYMENT INFO                       CHK/ACC
-----------------------------------------------------------   CITIZENS BANK        360.20         5217
                    T A X E S                                 ------------------------------------------
W/H    Federal                        27.43        614.96
OASDI  Federal                        27.38        486.95
Medcar Federal                         6.40        113.88
W/H    Pennsylvania                   13.56        241.13
SUI    Pennsylvania                    0.26          4.71
W/H    Cranberry Township              4.42         78.55
TX LST Robinson Township               2.00         30.00
-----------------------------------------------------------
              EX.    Add.WH    Add.DED     Add.INC      Dep.CR
FED   Single                    0.00        0.00         0.00
PA    Single                    0.00        0.00         0.00
```