

## Employee Summary

```
Kathleen Meinert                          The Yankee Candle Company, Inc,       BEG: 06/26/2022
128 Crystal Springs Drive                 102 E Exchange St                     END: 07/09/2022
Cranberry Township PA   16066             Freeport, IL 61032                    CHK: 07/15/2022
                                          877-467-4772                          PER: G9 14/2022
                                                                                ID : 90097795
---------------------------------------------------------------       -------------------------------------------
             Rate     Hours     Current       Y-T-D                                       Current       Y-T-D
---------------------------------------------------------------       -------------------------------------------
                    E A R N I N G S                                              N E T  P A Y  C A L C
Hourly Pay         12.18    30.08      366.37      6,047.93          Earnings              502.18      7,412.35
Overtime Pay        6.09     6.30       38.37        129.78          Taxes                  94.65      1,488.73
Vacation Hourly    12.18     8.00       97.44        292.32          NET PAY               407.53      5,923.62
Sick Pay Hourly                                      292.32          -------------------------------------------
Retail Sales Bonus                                   650.00          PAYMENT INFO                      CHK/ACC
---------------------------------------------------------------      CITIZENS BANK         407.53         5217
                    T A X E S                                        -------------------------------------------
W/H    Federal                          33.49        587.53
OASDI  Federal                          31.14        459.57
Medcar Federal                           7.28        107.48
W/H    Pennsylvania                     15.42        227.57
SUI    Pennsylvania                      0.30          4.45
W/H    Cranberry Township                5.02         74.13
TX LST Robinson Township                 2.00         28.00
---------------------------------------------------------------
             EX.    Add.WH    Add.DED    Add.INC    Dep.CR
FED  Single                    0.00       0.00       0.00
PA   Single                    0.00       0.00       0.00
```



# Employee Summary

```
Kathleen Meinert                      The Yankee Candle Company, Inc,           BEG: 07/10/2022
128 Crystal Springs Drive             102 E Exchange St                         END: 07/23/2022
Cranberry Township PA   16066         Freeport, IL 61032                        CHK: 07/29/2022
                                      877-467-4772                              PER: G9 15/2022
                                                                                ID : 90097795
-----------------------------------------------------------   ------------------------------------------
                Rate     Hours     Current        Y-T-D                            Current       Y-T-D
-----------------------------------------------------------   ------------------------------------------
                        E A R N I N G S                                     N E T  P A Y  C A L C
Hourly Pay      12.18    36.26      441.65      6,489.58      Earnings            441.65      7,854.00
Overtime Pay                                      129.78      Taxes                81.45      1,570.18
Vacation Hourly                                   292.32      NET PAY             360.20      6,283.82
Sick Pay Hourly                                   292.32      ------------------------------------------
Retail Sales Bonus                                650.00      PAYMENT INFO                     CHK/ACC
-----------------------------------------------------------   CITIZENS BANK       360.20         5217
                        T A X E S                             ------------------------------------------
W/H    Federal                       27.43        614.96
OASDI  Federal                       27.38        486.95
Medcar Federal                        6.40        113.88
W/H    Pennsylvania                  13.56        241.13
SUI    Pennsylvania                   0.26          4.71
W/H    Cranberry Township             4.42         78.55
TX LST Robinson Township              2.00         30.00
-----------------------------------------------------------
                EX.    Add.WH    Add.DED    Add.INC     Dep.CR
FED  Single              0.00       0.00       0.00       0.00
PA   Single              0.00       0.00       0.00       0.00
```