**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-21412-GLT |
| Kathleen T. Meinert, | ) **Chapter** 13 |
|     **Debtor,** | ) |
| PNC Bank, N.A, | ) **Related Document No.** 16-17 |
|     **Movant,** | ) **Response Due:** 09/02/22 |
|   vs. | ) **Hearing Date:** 09/14/22 @ 1:00 p.m. |
| Kathleen T. Meinert, | ) |
|     **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE
- Document No. 16**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Notice of Mortgage Payment Change** filed on August 16, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to Notice of Mortgage Payment Change** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to Notice of Mortgage Payment Change** were to be filed and served no later than September 2, 2022.

It is hereby respectfully requested that the Order attached to the **Objection to Notice of Mortgage Payment Change** be entered by the Court.

**Dated:** September 6, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**