**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**                                                     **CASE NO.: 22-21412-GLT**
                                                                                           **CHAPTER 13**

**Kathleen T. Meinert,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      130 Clinton Rd #202
                                      Fairfield, NJ 07004
                                      Telephone: 470-321-7112

                                      By: _/s/Charles Wohlrab_
                                         Charles Wohlrab, Esquire
                                         Pennsylvania Bar No. 314532
                                         Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


KATHLEEN T. MEINERT
233 THIRD STREET
PITTSBURGH, PA 15225

And via electronic mail to:

ANDREW KEVIN PRATT
CALAIARO VALENCIK
938 PENN AVENUE
SUITE 501
PITTSBURGH, PA 15222

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Tere Garcia