FILED
2/1/23 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Kathleen T. Meinert,<br>　**Debtor,**<br>Kathleen T. Meinert,<br>　**Movant,**<br>　vs.<br>PNC Bank, N.A. and Ronda J. Winnecour, Chapter 13 Trustee<br>　**Respondents.** | ) Case No. 22-21412-GLT<br>)<br>) **Chapter** 13<br>)<br>)<br>)<br>)<br>)<br>) Related to Dkt. No. 49<br>) |

## ORDER OF COURT

**AND NOW** this 1st day of February 2023, upon consideration of the Debtor's Motion, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**.

The deadline for the Debtor to respond to the Notice of Mortgage Payment Change is extended by fourteen days to February 14, 2023.

By the Court,

_(signature)_

**Chief Judge Gregory L Taddonio
United States Bankruptcy Judge**

Case Administrator to serve:
David Valencik, Esq.
Jodi Porter, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21412-GLT |
| Kathleen T. Meinert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

**Recip ID        Recipient Name and Address**
+    Jodi Porter, PNC BAnk, PO Box 94982, Cleveland, OH 44101-4982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

**Name            Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Daniel Philip Jones
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com
    bkecf@sterneisenberg.com

David Z. Valencik
    on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 01, 2023 Form ID: pdf900 Total Noticed: 1

om

Matthew F. Marshall
    on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com  jrickabaugh@dmkcg.com

Michael D. Hnath
    on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com  skoprivnak@dmkcg.com;mlascuola@dmkcg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 10