IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/9/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-21412-GLT |
| | : | Chapter: 13 |
| Kathleen T. Meinert | : | |
| | : | |
| | : | Date: 5/9/2023 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**
  #32 Confirmation of Amended Chapter 13 Plan Dated Sept. 9, 2022 (NFC)
   #56 Objection by Trustee
   #37 Objection filed by NEWREZ LLC

   [#55 Conciliation hearing held. Contested Confirmation Hearing requested -. From 4/6/2023 conciliation conference. Failure to prosecute sale]

**APPEARANCES**:
  Debtor:            David Z. Valencik
  Trustee:           Owen Katz
  NewRez:            Daniel Jones
  Crystal Springs HOA:   Anthony Cosgrove

**NOTES:**   [9:26]

Court:  Trustee's objection indicates the Debtor has not moved forward with plans to sell 128 Crystal Springs Drive despite several conciliations.  Trustee indicates plan funding of $500/month is insufficient to fund the plan absent a sale.

Katz: No progress made in executing the plan / proceeding with the sale. No broker has been engaged.

Valencik: Has not been able to get in contact with the Debtor.

**OUTCOME:**

1) For the reasons stated on the record, the amended chapter 13 plan dated September 9, 2022 [Dkt. No. 32] is DENIED and the case is converted to chapter 7. [JH to enter proposed order at Dkt. No. 56 with the following additional line:   "Any objection to conversion of the case by the Debtor shall be filed on or before May 26, 2023, and upon such filing, the Court will schedule a further hearing. " Form conversion order also to be entered].

**DATED:**  5/9/2023