FILED
5/9/23 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Kathleen T. Meinert                          :    Case No. 22-21412-GLT
                                             :
      Debtor(s)                              :    Chapter 13
                                             :
Ronda J. Winnecour, Trustee                  :
      Movant(s)                              :    Related to Dkt. Nos. 24, 56, 58
                                             :    Hearing: May 9, 2023 at 9 a.m.
vs.                                          :
                                             :
Kathleen T. Meinert                          :
                                             :
      Respondent(s)                          :

## **MODIFIED ORDER**

AND NOW, THIS 9th day of May 2023 upon consideration of the Trustee's objection to Debtor's September 9, 2022, plan, and responses thereto, is hereby ORDERED that the Trustee's objection is sustained and confirmation of the Debtor's plan dated September 9, 2022, is denied and Debtor's case is converted to Chapter 7.

Any objection to conversion of the case by the Debtor shall be filed on or before May 26, 2023, and upon such filing, the Court will schedule a further hearing.

_____
Gregory L. Taddonio    jah
Chief United States Bankruptcy Judge

Case Administrator to serve:
    Debtor