FILED
5/9/23 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Kathleen T. Meinert | : | Case No. 22-21412-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Related to Dkt. Nos. 24, 56, 58 |
| | : | Hearing: May 9, 2023 at 9 a.m. |
| vs. | : | |
| | : | |
| Kathleen T. Meinert | : | |
| | : | |
| Respondent(s) | : | |

### MODIFIED ORDER

AND NOW, THIS 9th day of May 2023 upon consideration of the Trustee's objection to Debtor's September 9, 2022, plan, and responses thereto, is hereby ORDERED that the Trustee's objection is sustained and confirmation of the Debtor's plan dated September 9, 2022, is denied and Debtor's case is converted to Chapter 7.

Any objection to conversion of the case by the Debtor shall be filed on or before May 26, 2023, and upon such filing, the Court will schedule a further hearing.

_____
Gregory L. Taddonio    jah
Chief United States Bankruptcy Judge

Case Administrator to serve:
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21412-GLT |
| Kathleen T. Meinert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 11, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Daniel Philip Jones | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com bkecf@sterneisenberg.com |
| David Z. Valencik | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Matthew F. Marshall

on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com spavick@dmkcg.com

Michael D. Hnath

on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com skoprivnak@dmkcg.com;mlascuola@dmkcg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 11