**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KATHLEEN T. MEINERT | Case No.:22-21412 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/21/2022 and confirmed on 10/04/2022 . The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,000.00 |
| Less Refunds to Debtor | 480.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,519.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 161.54 | |
|    Trustee Fee | 186.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 347.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 2,643.10 | 0.00 | 2,643.10 |
|   Acct: 1876 | | | | |
| PNC BANK NA | 0.00 | 259.63 | 0.00 | 259.63 |
|   Acct: 3442 | | | | |
| PNC BANK NA | 5,099.86 | 0.00 | 0.00 | 0.00 |
|   Acct: 3442 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 100,976.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1876 | | | | |
| CRYSTAL SPRINGS HOMEOWNERS ASSO | 0.00 | 269.23 | 0.00 | 269.23 |
|   Acct: | | | | |
| | | | | 3,171.96 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KATHLEEN T. MEINERT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KATHLEEN T. MEINERT | 480.50 | 480.50 | 0.00 | 0.00 |
|   Acct: | | | | |

| 22-21412 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CALAIARO VALENCIK | 3,355.00 | 161.54 | 0.00 | 0.00 |
| Acct: | | | | |
| BUTLER COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1778 | | | | |
| LVNV FUNDING LLC | 3,718.98 | 0.00 | 0.00 | 0.00 |
| Acct: 1511 | | | | |
| KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5827 | | | | |
| ONLINE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3354 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1628 | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DILLON MCCANDLESS KING COULTER & | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

| TOTAL PAID TO CREDITORS | | 3,171.96 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED         106,075.86
UNSECURED         3.718.98

Date: 05/26/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com