**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/29/23 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 22-21412-GLT |
| --- | --- | --- | --- |
|  | : | Chapter: | 7 |
| Kathleen T. Meinert | : |  |  |
|  | : |  |  |
|  | : | Date: | 6/28/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** #61 Status Conference Order Converting Case from Ch. 13 to Ch. 7
[Deadline extended 6/16/23]

**APPEARANCES**:
Debtor: David Z. Valencik
Crystal Springs HOA: Anthony Cosgrove

**NOTES:** [9:11]

Valencik: Has had a very difficult time communicating with the Debtor. She said she was in an accident, and they have had no further contact or responses to attempts to communicate. Debtor did not appear at the 341 meeting. If things continue this way, may withdraw as counsel.

**OUTCOME:**

1) Status conference concluded. For the reasons stated on the record, the Court shall issue a show cause order against the Debtor for failure to comply with Court directives. [Chambers to prepare].

**DATED:** 6/28/2023