Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 22–21412–GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kathleen T. Meinert
   aka Kathleen T. Sutterlin
   233 Third Street
   Pittsburgh, PA 15225

Social Security No.:
   xxx–xx–6509

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| David Z. Valencik | Rosemary C. Crawford |
| Calaiaro Valencik | Crawford McDonald, LLC. |
| 938 Penn Avenue, Suite 501 | P.O. Box 355 |
| Pittsburgh, PA 15222–3708 | Allison Park, PA 15101 |
| Telephone number:  412–232–0930 | Telephone number:  724–443–4757 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
July 24, 2023
03:00 PM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 6/27/23               BY THE COURT

                               Gregory L Taddonio
                               Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21412-GLT |
| Kathleen T. Meinert | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: rsc | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336 |
| cr | + | Crystal Springs Homeowners Association, 100 Crystal Springs Drive, Cranberry Township, PA 16066-3928 |
| 15500010 | + | Cyrstal Springs Homeowners Association, 100 Crystal Springs Drive, Cranberry Twp, PA 16066-3928 |
| 15500011 | + | Fidelty Investor Center, 1680 Washington Road, Suite H, Pittsburgh, PA 15241-1213 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2023 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2023 00:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 28 2023 00:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15500009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:13 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15500008 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:19:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15500012 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2023 00:51:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15516597 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15519356 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2023 00:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenvill, SC 29603-0826 |
| 15500013 | | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2023 00:52:00 | NewRez, LLC. c/o Shellpoint Mortgage Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 15500014 | + | Email/Text: bankruptcy@onlineis.com | Jun 28 2023 00:53:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 15512577 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15500015 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:51:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 15500016 | ^ | MEBN | Jun 28 2023 00:53:15 | Stern & Eisenberg, Andrew Marley, Esquire, 1581 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jun 27, 2023 | Form ID: rsc | Total Noticed: 18

Main St., Ste. 200, Warrington, PA 18976-3403

15500017 + Email/Text: bankruptcydepartment@tsico.com

Jun 28 2023 00:53:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew Kevin Pratt | on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com  cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com bkecf@sterneisenberg.com |
| David Z. Valencik | on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Matthew F. Marshall | on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com  spavick@dmkcg.com |
| Michael D. Hnath | on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com skoprivnak@dmkcg.com;mlascuola@dmkcg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | |

on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

Steven K. Eisenberg

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com
bkecf@sterneisenberg.com

TOTAL: 12