6/29/23 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-21412-GLT |
| | : | |
| **KATHLEEN T. MEINERT**, | : | Chapter 13 |
| | : | |
| *Debtors*. | : | Related to Dkt. Nos. 61 |
| | : | |

**ORDER TO SHOW CAUSE
<u>DIRECTED TO KATHLEEN T. MEINERT</u>**

The Court conducted a status conference in the above-captioned case on June 28, 2023. At the status conference, Debtor's counsel stated that the Debtor has been uncommunicative and confirmed that she failed to attend the 341 meeting of creditors. It was further noted that the Debtor failed to submit schedules and a report pursuant to Fed. R. Bankr. P. 1019 as required by the Court's May 9, 2023 Order [Dkt. No. 61]. Based upon the foregoing, and for the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  A hearing is set for **August 11, 2023** at **11 a.m**. in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at which the Debtor, Kathleen T. Meinert shall appear in person to show cause as to why the Court should not find her in contempt of court for her failure to comply with the Court's May 9, 2023 Order [Dkt. No. 61]. To the extent the Debtor is deemed to be in contempt of court, the Court may impose sanctions which could include monetary sanctions, denial of her discharge, or dismissal of her bankruptcy case with prejudice and a filing bar of up to two years.

2.  The Debtor is directed to appear and fulfill her obligation to testify truthfully under oath at the rescheduled meeting of creditors under 11 U.S.C. § 341, set to occur on **July 24, 2023 at 3 p.m.**

       3.      Any response to this *Order to Show Cause* shall be filed with the Clerk of Court on or before **August 1, 2023**. To the extent the Debtor brings herself in compliance with the Court's orders and fully cooperates at the rescheduled meeting of creditors so that the trustee can close the meeting, the Court may consider withdrawing this *Order to Show Cause*.

Dated: June 29, 2023

                              cgr
                   **GREGORY L. TADDONIO**
                   **CHIEF UNITED STATES BANKRUPTCY JUDGE**

<u>Case administrator to mail to</u>:
Kathleen T. Meinert

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21412-GLT |
| Kathleen T. Meinert | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com bkecf@sterneisenberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Matthew F. Marshall
    on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com spavick@dmkcg.com

Michael D. Hnath
    on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com
    skoprivnak@dmkcg.com;mlascuola@dmkcg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Steven K. Eisenberg
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com
    bkecf@sterneisenberg.com

TOTAL: 12