Case 22-21412-GLT    Doc 90    Filed 08/11/23    Entered 08/11/23 16:35:09    Desc Main
Document      Page 1 of 1

FILED
8/11/23 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21412-GLT |
| | : | Chapter: | 7 |
| Kathleen T. Meinert | : | | |
| | : | | |
| | : | Date: | 8/11/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #82 - Order to Show Cause Directed to Kathleen T Meinert for Failure to Comply with Court directives
[Response due 8/1/2023]

**APPEARANCES**:
   Debtor:   Andrew Pratt

**NOTES:**   [11:02]

Court: Continued pattern of inaction by the Debtor. Debtor required to appear in person, but she is not here. Yesterday, motion filed to withdraw as counsel.

Pratt: Have been unsuccessful in attempts to contact the Debtor. No communication, so unclear how to move forward as counsel.

**OUTCOME:**

1) For the reasons stated on the record, the *Order to Show Cause Directed to Kathleen T. Meinert* [Dkt. No. 82] is resolved pending further Court order. [Taken under advisement].

**DATED:**  8/11/2023