Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kathleen T. Meinert**
**aka Kathleen T. Sutterlin**
 Debtor(s)

Bankruptcy Case No.: 22−21412−GLT

Chapter: 7
Docket No.: 86

## NOTICE − REMINDER

Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

***CHAPTER 7 CASES* −** − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: August 10, 2023

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                   Case No. 22-21412-GLT
Kathleen T. Meinert                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: admin                       Page 1 of 2
Date Rcvd: Aug 10, 2023               Form ID: 144                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

**Recip ID**         **Recipient Name and Address**
db                + Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                      Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**                   **Email Address**

Andrew Kevin Pratt
                   on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com
                   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com
                   cwohlrab@ecf.courtdrive.com

Charles Griffin Wohlrab
                   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@ecf.courtdrive.com
                   cwohlrab@ecf.courtdrive.com

Daniel Philip Jones
                   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 144 | Total Noticed: 1 |

bkecf@sterneisenberg.com

David Z. Valencik

on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Matthew F. Marshall

on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com  spavick@dmkcg.com

Michael D. Hnath

on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com
skoprivnak@dmkcg.com;mlascuola@dmkcg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford

on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Steven K. Eisenberg

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com
bkecf@sterneisenberg.com

TOTAL: 12