FILED
8/15/23 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-21412-GLT |
| | : | |
| **KATHLEEN T. MEINERT**, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 61, 82, 87, 92 |
| | : | |

**ORDER**

Over the past eleven months the Debtor, Kathleen T. Meinert, repeatedly failed to take actions necessary to successfully advance her chapter 13 plan. In September 2022, the Debtor proposed a 100% plan to be funded primarily by the sale of real estate located at 128 Crystal Springs Drive, Cranberry Township, Pennsylvania. The plan was confirmed in October 2022. However, by May 2023, no progress had been made toward employing a broker or listing the property. The Debtor was unresponsive to communications from her counsel, and she failed to attend the 341 meeting of the creditors. Subsequently, the Court converted the case from chapter 13 to chapter 7.

Following conversion, the Debtor remained uncommunicative and failed to submit documents as directed by the Court's *Order* dated May 9, 2023 [Dkt. No. 61]. In response to her inaction, the Court issued the *Order to Show Cause Directed to Kathleen T. Meinert* (the "Show Cause Order") [Dkt. No. 82] requiring the Debtor to appear in-person to show cause as to why she should not be found to be in contempt of court. The *Show Cause Order* also instructed the Debtor to appear at a future rescheduled 341 meeting of creditors, and threatened the imposition of sanctions if she was deemed to be in contempt of Court. No response was filed, and the Debtor failed to appear at the subsequent hearing or the rescheduled 341 meeting of creditors. At the

hearing on the *Show Cause Order*, Debtor's counsel requested permission to withdraw as counsel due to the Debtor's lack of communication.

Pursuant to 11 U.S.C. § 727(a)(6), the Court may withhold a discharge in certain situations where a debtor refuses to obey a lawful order of the Court. Here, the Debtor has been uncooperative and unreachable for months. She failed to respond to, or comply with, the Court's *Order* dated May 9, 2023 and the subsequent *Show Cause Order*. Her inaction has created an undue prejudice to unsecured creditors and wasted the Court's time and resources. Based upon the forgoing, is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Debtor is found to be in contempt of court for her failure to comply with the *Order* dated May 9, 2023 and the *Show Cause Order*.

2. The Debtor is hereby **SANCTIONED** through denial of the discharge. The allowed general unsecured claims against the Debtor, including but not limited to the debt owed to LVNV Funding, LLC on account of Claim No. 2, are deemed nondischargeable.

3. The case shall be **DISMISSED** with prejudice and a 180-day filing bar.

4. The *Motions* to withdraw as counsel for Debtor [Dkt. Nos. 87 and 92] are **DENIED** as moot.

Dated: August 15, 2023

_____ cgr
**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

<u>Case administrator to mail to:</u>
Kathleen T. Meinert
Debtors Counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kathleen T. Meinert  
    Debtor

Case No. 22-21412-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 15, 2023      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen T. Meinert, 233 Third Street, Pittsburgh, PA 15225-1336 |
| aty | + | David Z. Valencik, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| cr | + | Crystal Springs Homeowners Association, 100 Crystal Springs Drive, Cranberry Township, PA 16066-3928 |
| 15500010 | + | Cyrstal Springs Homeowners Association, 100 Crystal Springs Drive, Cranberry Twp, PA 16066-3928 |
| 15500011 | + | Fidelty Investor Center, 1680 Washington Road, Suite H, Pittsburgh, PA 15241-1213 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2023 23:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15500009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 23:56:39 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15500008 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2023 23:41:29 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15500012 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2023 23:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15516597 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 23:53:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15519356 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2023 23:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenvill, SC 29603-0826 |
| 15500013 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2023 23:30:00 | NewRez, LLC. c/o Shellpoint Mortgage Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 15500014 | + | Email/Text: bankruptcy@onlineis.com | Aug 15 2023 23:30:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 15512577 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 23:30:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15500015 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 23:30:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 15500016 | ^ | MEBN | Aug 15 2023 23:21:21 | Stern & Eisenberg, Andrew Marley, Esquire, 1581 Main St., Ste. 200, Warrington, PA 18976-3403 |
| 15500017 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2023 23:30:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kathleen T. Meinert apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING djones@sterneisenberg.com bkecf@sterneisenberg.com |
| David Z. Valencik | on behalf of Debtor Kathleen T. Meinert dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Attorney David Z. Valencik dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Matthew F. Marshall | on behalf of Creditor Crystal Springs Homeowners Association mmarshall@dmkcg.com spavick@dmkcg.com |
| Michael D. Hnath | on behalf of Creditor Crystal Springs Homeowners Association mhnath@dmkcg.com skoprivnak@dmkcg.com;mlascuola@dmkcg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Aug 15, 2023 Form ID: pdf900 Total Noticed: 17

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Steven K. Eisenberg
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 13